**Order entered January 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01583-CV

**SEBASTIAN LOMBARDO, Appellant**

**V.**

**SHOUVIK BHATTACHARYYA, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-00133**

## ORDER
Before Justices Lang-Miers, Lewis, and Brown

We **GRANT** appellant's November 25, 2013 motion for temporary stay of all trial court proceedings including discovery. We **STAY** all trial court proceedings including discovery until further order of this Court.

We **GRANT** appellant's December 16, 2013 unopposed motion for an extension of time to file a brief. Appellant shall file his brief on or before January 21, 2014.

/s/     ELIZABETH LANG-MIERS
         JUSTICE